**EXHIBIT A**

## STANTON Rd.

@ 98 on each side of Stanton

R – HH at speed limit sign

R- across from Cockrells

R-corner of Pat Place

R-corner Stanton South

R-sign of MARJAM

R-before inlet

R-hh past transformer

L-hh @ d/way to Fedcorp

R-hh @ rear of bldg.

R-corner of Profit

## PROFIT

d/way to DRHorton and hh across street

R- woods edge

L-@ ditch

L-@ speed limit sign

Co Rd 64

Corner Hwy98 @ Bank

L-@ Sugar Kettle (2)

L-across from Beverly

L-across from Conaway

L-Gardens of Daphne

L-Rocks at drain (@traffic light sign/before Pollard)

L-Baldwin Bone & Joint (2)

L-corner of Pollard

Past Pollard – (2) R @ cabinets  L across 64

L-entrance to Edgewood (across from Chris Frances)

R- Daphne Detail

L- Dog Ranch

R- corner of Friendship

L- across house on corner of Friendship

R- (2) just before round-about

R-@ Belforest Water

L-@brick wall in round-about

L- (2) @ Home Instead

L – just past culvert marker

L- Before Baileys Dr.

R- Tealwood Dr.

L- across Argonne Dr

L-across Capra Dr

L- across Discovery Bldg.

L- corner of 181

Champions Way from Hwy 181 toward Co Rd 13 (by Daphne HighSchool)

All markers are on the Right side of the road with the exception of 2

R/ at lattice sign and one across the road  (2)

R/ entrance to Canterbury Subdv.

R/ next pole

R&L  entrance  to Bristol Creek Subdv   (2)

R @ concrete slab next to sidewalk

R/ HH @ pole  and HH across street    (2)

R/ @ pole, DHS school sign is across street

R/ @ driveway to cell tower

R/ @ HH, last driveway to DHS across the street

R/ @ corner of Co Rd 13

RWA 8G0096

### Park Dr. westbound

Corner Park Dr and Japonica Rd.

(at Hwy 98) entrance road to American Family Care, <u>both</u> sides at handholes

        Entrance to shopping center last drive, HH

### N. Main St.

on right, at 2819

on right, pole at driveway to Media Services

intersection of Academy Drive, one on each side of Academy Dr.

(Past Van Ave. intersection....

On left at pole with conduits

On left at 'Eddie's Pawn Shop'


### TIMBERCREEK;

entrance off Hwy 31: HH 50' from Hwy 31 on right, before cabinets

entrance off Hwy 181: on Left @ Green Ct.

        on right @ Pine Ct.


### CAPITAL Dr:

Corner of Capital and Rand @ HH

        Intersection of Rand and Public Works Rd, on right

Hwy 98 southbound

Rich's car wash  (2)  one in flower bed on west side of service road

One across service road on east side

Entrance road to Lake Forest Yacht Club, one on right

East Bay Apt. SeaCliff Dr.

Pumping station (before Wal Mart)

Crossway Dr.

Second drive to Wolfe-Bayview Funeral Home (HH)

Collision Repair (2)  1 in front, 1 at pole-HH

Chris Myers (3)  first d/way on left MH  /  second d/way HH / one past plants

Wilson Ave on right

PNC Bank second entrance HH / next door – Stone Dr.  HH

New Horizons  HH at brick wall

Bryant Bank, at xbox that is surrounded by bushes

Popeyes at fire hydrant

Regions Bank remove one

Van Ave   2 on left side

Teal roof business

Magnolia Square sign, in ditch

Just past Daphne Rental Center at road sign "Johnson Road Next Signal" way off road

Johnson Rd. left

In red dirt way off road, on Hwy 98 at turning lane "ONLY" on road, across from Palldian apts.

Hwy 98  North bound  1 of 2

Johnson Rd. on right, 2 handholes     on left REMOVE 1

Goens Auto, behind concrete pole

Deans Auto, behind concrete pole

Pickett on right

Emergency Care driveway, HH on left

Mathes Elec. HH just before concrete pole

Colonial Plaza left on first driveway @ MILE 40 post

        Right on second driveway

Halfway to police station from XBOX @ street sign "RIGHT LANE MUST TURN RIGHT"

Concrete pole past police station

Driveway to ChicFila @ pole

Driveway to Advanced Auto, HH on right

O'Reillys Auto right of driveway

Boat Store right corner at white fence

Enterprise HH left of driveway

Coal Wholesale  REMOVE at concrete pole

ABC Store before ped and fire hydrant, REMOVE post and ground rod

Bay Auto Glass, car lot next to it, at concrete pole

Green Road Sign "WHISPERING PINES RD" behind oak tree south of ped

CVS driveway on right

Storage Building @ brick sign, air tube to be attached

Tire Store HH @ at first driveway at pole

Second entrance to WalMart, air tube to be attached

        Up-hill from this location at HH

98 Northbound

2 of 2

Past ARBORS on hill

Entrance to Compass bank HH on left

Past guardrail, HH in field before Goodyear Tire

Second entrance to Goodyear HH on left

Academy Dr, left at pole

Before driveway to Jubilee Point Shopping center

Hwy 90

## RWA 8G0075

Hwy 90 @ Jubilee Square shopping center go east to Hwy 181

On the service rd at the stop signs, HH on north side (1)

The rear access road to the shopping center, behind TMobile going south, there are 4 HH locations that are flagged to remove and replace, ending at the cul-de-sac   (4)

On Hwy 90 @ red light HH (1)

On Hwy 90 @ Starbucks at manhole (1)

South side of Hwy 90, just west of Ford Lumber HH (1)

North side of Hwy 90 @ Ford Lumber HH (1)

Hwy 90 @ Acorn Knoll HH's South side (2) north side (1)

South side of Hwy 90 @ Stone Crosby Attorneys, HH at transformer (1)

Hwy 90 @ Co Rd 13, south side of 90 just east side of Co Rd.13 HH (1)

Hwy 90, south side @ Mt Aid Missionary Baptist Church one at each driveway (2) (across from Smoothie King) First is HH, second is not

Hwy 90, south side, east of Renaissance Blvd HH (1)

Hwy 90 – close to Lowes on R - @ traffic light sign and /// markings on the road

Across entrance to Lowes @ fence

Before concrete pole @ picnic table, west of Frederick Blvd.

@ inlet @ HH